**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Deborah Mae Burnett<br>&<br>Marvin Burnett, Sr. dba M & D Burnett Tax Service<br>　　　　　Debtors | CHAPTER<br><br>BKY. NO. 18-11110 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　　Kindly enter my appearance on behalf of Ditech Financial LLC as servicer for Wells Fargo Bank, National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2006-HE1 and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com