**Form 154**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

19

In re:  Bankruptcy Case No.: 18−11110−TPA

Chapter: 7

**Marvin Burnett Sr.**
**dba M & D Burnett Tax Service**   Deborah Mae Burnett
    Debtor(s)

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The trustee has now reported that property in the estate is available or may become available for distribution to creditors.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 4, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**   Michael R. Rhodes
   U.S. Bankruptcy Court   *Clerk, U.S. Bankruptcy Court*
   c/o CLAIMS CLERK
   5414 U.S Steel Tower
   600 Grant Street
   Pittsburgh, PA 15219

Dated: 12/24/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-11110-TPA
Marvin Burnett, Sr.                                             Chapter 7
Deborah Mae Burnett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 2           Date Rcvd: Dec 24, 2018
                               Form ID: 154             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 26, 2018.
db/jdb         +Marvin Burnett, Sr.,    Deborah Mae Burnett,    1112 South Main St,    Meadville, PA 16335-3130
cr             +Wells fargo auto,    po box 130000,    raleigh, NC 27605-1000
14938257       +CitiFinancial,    Attn: Bankruptcy,    605 Munn Rd,    Fort Mill, SC 29715-8421
14938260       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14938264       +Fnb Cons Disc Co,    908 Park Ave,    Meadville, PA 16335-3331
14938265       +Headway Capital, LLC,    175 West Jaskson Blvd, Suite 1000,    Chicago, IL 60604-2863
14938266       +LendingClub,    Attn: Bankruptcy,    71 Stevenson St, Ste 1000,    San Francisco, CA 94105-2967
14938268       +Northwest Bank,    Attn: Bankruptcy,    Po Box 128,    Warren, PA 16365-0128
14938270       +Synchrany Bank /QCard,    Attn Bankruptcy,    PO Box 965061,    Orlando, FL 32896-5061

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +E-mail/Text: jmelaragno@iq7technology.com Dec 24 2018 22:31:56      John C. Melaragno, Trustee,
                 502 West 7th Street.,    Erie, PA 16502-1333
14938256       +EDI: CAPITALONE.COM Dec 25 2018 03:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14938258       +EDI: WFNNB.COM Dec 25 2018 03:33:00      Comenity Bank/Peebles,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
14938259        EDI: WFNNB.COM Dec 25 2018 03:33:00      Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
14938261       +EDI: RCSFNBMARIN.COM Dec 25 2018 03:33:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14938262       +E-mail/Text: bankruptcy.bnc@ditech.com Dec 24 2018 22:31:50      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14938263       +EDI: AMINFOFP.COM Dec 25 2018 03:33:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
14938267       +EDI: MERRICKBANK.COM Dec 25 2018 03:33:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
14938269       +EDI: AGFINANCE.COM Dec 25 2018 03:33:00      OneMain Financial,    Attn: Bankruptcy,
                 601 Nw 2nd Street,    Evansville, IN 47708-1013
14955759        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2018 22:31:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14938271       +EDI: RMSC.COM Dec 25 2018 03:33:00      Synchrony Bank / Walmart,    Attn Bankruptcy,
                 PO Box 965061,    Orlando, FL 32896-5061
14938272       +EDI: WFFC.COM Dec 25 2018 03:33:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC as servicer for Wells Fargo B
cr              U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE
aty*           +John C. Melaragno, Trustee,    502 West 7th Street.,    Erie, PA 16502-1333
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for Wells Fargo Bank,
               National Association, not in its individual or banking capacity, but solely as Trustee on behalf
               of the Lake Country Mortgage Loan Trust 2006-HE1 bkgroup@kmllawgroup.com

```
District/off: 0315-1           User: admin              Page 2 of 2               Date Rcvd: Dec 24, 2018
                               Form ID: 154             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
          jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
         John C. Melaragno, Trustee    johnm@mplegal.com,
          jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
         John Wesley Rowden    on behalf of Debtor Marvin  Burnett, Sr. jwrowden@yahoo.com,
          elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
         John Wesley Rowden    on behalf of Joint Debtor Deborah Mae Burnett jwrowden@yahoo.com,
          elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                                                                             TOTAL: 7