IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-11110-TPA |
| MARVIN BURNETT SR., | : | |
| DEBORAH MAE BURNETT, | : | CHAPTER NO. 7 |
|     DEBTORS | : | |
| | : | DOCUMENT NO. __ |
| JOHN C. MELARAGNO, TRUSTEE | : | |
|     MOVANT | : | RELATED DOCUMENT NO. 20 |
| | : | |
| V. | : | |
| | : | |
| NO RESPONDENT. | : | |

## CERTIFICATE OF SERVICE

I, John C. Melaragno, 502 West Seventh Street, Erie, Pennsylvania 16502, certify that on December 27, 2018, I served by United States First-Class Mail, postage prepaid, or by electronic notification, a copy of the "Order on Trustee's Motion to Appoint Attorney Pro Se for the Trustee" entered by Judge Thomas P. Agresti dated the 26th day of December, 2018 to the parties by via email and the Court's CM/ECF system or at the addresses listed below, as specified:

I certify under penalty of perjury that the foregoing is true and correct.

**Service by First-Class Mail**
Office of U.S. Trustee
One Liberty Center
1001 Liberty Avenue, Ste. 970
Pittsburgh, PA  15222

Marvin Burnett Sr.
Deborah Mae Burnett,
1112 S Main St
Meadville, PA 16335-3130

**Service by Electronic Notification**
John Wesley Rowden, Esq.
jwrowden@yahoo.com

DATED: December 27, 2018    Respectfully submitted,

MELARAGNO, PLACIDI, PARINI & VEITCH

BY:    /s/ John C. Melaragno
       John C. Melaragno, Trustee
       PA I.D. # 80207
       502 West Seventh Street
       Erie, Pennsylvania  16502
       (814) 459-5557
       johnm@mplegal.com