UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

Marvin Burnett, Sr. and
Deborah M. Burnett,

      Debtors

:  Bankruptcy No. 18-11110-TPA
:
:
:  Chapter 7

NOTICE OF
CHANGE OF ADDRESS

  Creditor Name:  U.S. Bank National Association

  Reason Undeliverable:  Incomplete Address

Updated Address:

  Creditor Name:  U.S. Bank, National Association
         425 Walnut St.
         Cincinnati, OH 45202

By: /s/ J. Wesley Rowden
J. Wesley Rowden, Esq.
310 Chestnut St., Ste. 225
Meadville, PA 16335
(814) 333-9000
49660 – Pennsylvania
Email: jwrowden@yahoo.com