IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 18-11110-TPA |
| MARVIN BURNETT, SR. : | |
| DEBORAH MAE BURNETT : | CHAPTER 7 |
| DEBTORS : | |
| : | |
| JOHN C. MELARAGNO, TRUSTEE : | DOCUMENT NO. _____ |
| MOVANT : | |
| : | |
| VS. : | RELATED DOCUMENT NO. 41 |
| : | |
| MARVIN BURNETT, SR. : | |
| DEBORAH MAE BURNETT : | |
| RESPONDENTS. : | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the "Trustee's Motion to Approve Settlement, Motion to Approve Payment of Debtor's Exemption and Approve Special Counsel Compensation" filed on June 16, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the "Trustee's Motion to Approve Settlement, Motion to Approve Payment of Debtor's Exemption and Approve Special Counsel Compensation" appears thereon. Pursuant to the Notice of Hearing, objections to the "Trustee's Motion to Approve Settlement, Motion to Approve Payment of Debtor's Exemption and Approve Special Counsel Compensation" were to be filed and served no later than July 3, 2020.

It is hereby respectfully requested that the Order attached to the "Trustee's Motion to Approve Settlement, Motion to Approve Payment of Debtor's Exemption and Approve Special Counsel Compensation" be entered by the Court.

Respectfully submitted,

DATED: July 8, 2020         MELARAGNO, PLACIDI & PARINI

BY: /s/ John C. Melaragno
John C. Melaragno, Trustee
PA I.D. # 80207
502 West Seventh Street
Erie, Pennsylvania 16502
(814) 459-5557
johnm@mplegal.com