FILED
7/9/20 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| | CASE NO. 18-11110-TPA |
| MARVIN BURNETT, SR. | |
| DEBORAH MAE BURNETT | CHAPTER 7 |
|     DEBTORS | |
| | |
| JOHN C. MELARAGNO, TRUSTEE | RELATED DOCUMENT NO. 41 |
|     MOVANT | |
| | |
| VS. | |
| | |
| MARVIN BURNETT, SR. | |
| DEBORAH MAE BURNETT | |
|     RESPONDENTS. | |

## ORDER

*AND NOW,* to-wit, this **9th** day of **July, 2020**, it is hereby ORDERED, ADJUDGED AND DECREED that the ***Motion to Approve Settlement, Motion to Approve Payment of Debtor's Exemptions and Motion to Approve Special Counsel Compensation*** is GRANTED.

FURTHER ORDERED THAT:

1. The settlement of the Debtor's claim against the product manufacturer of the metal-on-metal hip is approved for the sum of $142,908.68;

2. Attorney's Fees in the amount of total amount of $56,363.47 are approved and payable to Nash & Franciskato in the amount of $28,181.74 and Maglio Christopher & Toale in the amount of $28,181.73.

3. Reimbursement of case specific expenses to Nash & Franciskato are approved in the amount of $6,020.04;

4. Reimbursement of case specific expenses to Maglio Christopher & Toale are approved in the amount of $12,985.84;

5. The payment of the Debtor's claimed exemptions to Marvin Burnett, Sr. in the combined amount of $36,300.00 are approved; and

6. After payment of the above fees, expenses, and Debtor's exemption, the net proceeds of settlement in the amount of $31,239.33 shall be paid to "John C. Melaragno, Trustee" and said sum shall be held by the Trustee pending further Order of Court; and

7. The proposed payment of the settlement funds in two installments, one within 30 days of receipt of a signed settlement agreement or by August 31, 2020, whichever occurs later, and the second on or before January 31, 2021 and the following disbursements therefrom, is APPROVED.

      a.      From the first installment of $42,272.60,

            i.      The sum of $25,266.72 shall be paid to Marvin Burnett, Sr., as partial payment of his claimed exemptions; and

            ii.      The sum of $19,005.88 shall be paid to Special Counsel as reimbursement of the costs and expenses incurred in the prosecution of this matter.

      b.      From the second installment of $98,636.08,

            i.      The sum of $11,033.28 shall be paid to Marvin Burnett, Sr., as final payment of his remaining claimed exemptions balance.

            ii.      The sum of $28,181.74 shall be paid to Nash & Franciskato for attorney's fees.

            iii.      The sum of $28,181.73 shall be paid to Maglio Christopher & Toale for attorney's fees;

            iv.      The balance of the settlement proceeds, $31,239. 33, shall be paid to John C. Melaragno, Trustee, to be held pending further order of Court.

      7.      The Chapter 7 Trustee, John C. Melaragno, is authorized to execute any and all settlement forms, releases and/or any other documents required to finalize this settlement on behalf of the Debtors and/or Estate.

By The Court:

_/s/ Thomas P. Agresti_ vas

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Marvin Burnett, Sr.  
Deborah Mae Burnett  
       Debtors

Case No. 18-11110-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 1     Date Rcvd: Jul 09, 2020  
                 Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2020.
```
db/jdb         +Marvin Burnett, Sr.,   Deborah Mae Burnett,   1112 South Main St,   Meadville, PA 16335-3130
sp             +Brian S. Franciskato,   Nash & Franciskato Law Firm,   Two Pershing Square,
                 2300 Main Street, Suite 170,   Kansas City, MO 64108-2415
sp              Maglio Christopher & Toale,   The Ellis Building,   16505 Main Street, Suite 710,
                 Sarasota, FL  34236
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2020 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for Wells Fargo Bank,
               National Association, not in its individual or banking capacity, but solely as Trustee on behalf
               of the Lake Country Mortgage Loan Trust 2006-HE1 bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.a
               lert+Melaragno@titlexi.com
              John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.a
               lert+Melaragno@titlexi.com
              John Wesley Rowden    on behalf of Joint Debtor Deborah Mae Burnett jwrowden@yahoo.com,
               elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
              John Wesley Rowden    on behalf of Debtor Marvin  Burnett, Sr. jwrowden@yahoo.com,
               elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7
```