UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: § | | Case No. 18-11110-TPA |
| BURNETT SR., MARVIN § | | |
| BURNETT, DEBORAH MAE § | | CHAPTER 7 |
|     Debtors § | | |
| JOHN C. MELARAGNO, Trustee § | | DOCUMENT NO. |
|     Movant § | | |
|     V § | | |
| NO RESPONDENT. § | | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that John C. Melaragno, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

>Clerk, U S Bankruptcy Court
>17 South Park Row
>Room B16
>Erie, PA  16501

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.

*A Zoom Video Conference Hearing* will be held on June 24, 2021, at 10:30 a.m. before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer, Atty. Courtney Neer, at 814-464-9781. *All attorneys and Parties may only appear by Zoom* and must comply with Judge Agresti's *Amended Notice of Temporary Modification of Appearance Procedures*, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/ default/files/pdfs/tpa-proc-appearances.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Staff Attorney Courtney Neer to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  05/10/2021              By:   /s/ John C. Melaragno
                                                                  Trustee

John C. Melaragno
502 West 7th Street
Erie, PA  16502
(814) 459-5557
johnm@mplegal.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: § | Case No. 18-11110-TPA |
| BURNETT SR., MARVIN § | |
| BURNETT, DEBORAH MAE § | CHAPTER 7 |
|     Debtors § | |
| JOHN C. MELARAGNO, Trustee § | DOCUMENT NO. |
|     Movant § | |
|     V § | |
| NO RESPONDENT. § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATION FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 142,908.68 |
| *and approved disbursements of* | $ 111,707.74 |
| *leaving a balance on hand of* [1] | $ 31,200.94 |
| **Balance on hand:** | $ 31,200.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 15 | Northwest Bank | 8,440.89 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 31,200.94 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - John C. Melaragno | 8,580.43 | 0.00 | 8,580.43 |
| Trustee, Expenses - John C. Melaragno, Esquire | 46.84 | 0.00 | 46.84 |
| Attorney for Trustee, Fees - John C. Melaragno, Esquire | 935.50 | 0.00 | 935.50 |
| Attorney for Trustee, Expenses - John C. Melaragno, Esquire | 57.96 | 0.00 | 57.96 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 9,620.73 |
| Remaining balance: | $ 21,580.21 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

| | |
|---|---|
| Total to be paid for prior chapter administration expenses: | $ 0.00 |
| Remaining balance: | $ 21,580.21 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $498.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pennsylvania Department of Revenue | 498.25 | 0.00 | 498.25 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 498.25 |
| Remaining balance: | $ 21,081.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,518.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.830 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC | 1,802.45 | 0.00 | 1,168.53 |
| 3 | Quantum3 Group LLC | 954.48 | 0.00 | 618.79 |
| 4 | PYOD, LLC | 2,244.84 | 0.00 | 1,455.33 |
| 5 | MERRICK BANK | 900.78 | 0.00 | 583.98 |
| 6 | PYOD, LLC | 883.20 | 0.00 | 572.58 |
| 7 | MERRICK BANK | 602.51 | 0.00 | 390.61 |
| 8 | Capital One Bank (USA), N.A. | 1,713.74 | 0.00 | 1,111.02 |
| 9 | Capital One Bank (USA), N.A. | 637.31 | 0.00 | 413.17 |

**UST Form 101-7-NFR (10/1/2010)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 10 | Capital One Bank (USA), N.A. | 3,868.02 | 0.00 | 2,507.64 |
| 11-2 | Northwest Bank | 10,021.51 | 0.00 | 6,496.94 |
| 12 | LVNV Funding, LLC | 2,225.47 | 0.00 | 1,442.77 |
| 13 | LendingClub Corporation | 323.11 | 0.00 | 209.47 |
| 14-2 | Northwest Bank | 6,341.39 | 0.00 | 4,111.13 |

Total to be paid for timely general unsecured claims:     $     21,081.96
Remaining balance:     $            0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for tardy general unsecured claims:     $            0.00
Remaining balance:     $            0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $76.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1A | Pennsylvania Department of Revenue | 76.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims:     $            0.00
Remaining balance:     $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ John C. Melaragno

Trustee

John C. Melaragno
502 West 7th Street
Erie, PA  16502
(814) 459-5557
johnm@mplegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11110-TPA |
| Marvin Burnett, Sr. | Chapter 7 |
| Deborah Mae Burnett | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 3 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marvin Burnett, Sr., Deborah Mae Burnett, 1112 South Main St, Meadville, PA 16335-3130 |
| sp | + | Brian S. Franciskato, Nash & Franciskato Law Firm, Two Pershing Square, 2300 Main Street, Suite 170, Kansas City, MO 64108-2415 |
| cr | | Ditech Financial LLC as servicer for Wells Fargo B, P.O. Box 6172, Rapid City, SD 57709-6172 |
| sp | | Maglio Christopher & Toale, The Ellis Building, 16505 Main Street, Suite 710, Sarasota, FL 34236 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 425 Walnut St., Cincinnati, OH 45202-3956 |
| cr | + | Wells fargo auto, po box 130000, raleigh, NC 27605-1000 |
| 14938257 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14938260 | + | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 14938262 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 14938263 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14938264 | + | Fnb Cons Disc Co, 908 Park Ave, Meadville, PA 16335-3331 |
| 14989950 | + | Northwest Bank, PO Box 337, Warren PA 16365-0337 |
| 14938270 | + | Synchrany Bank /QCard, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |
| 14938272 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14938256 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:50:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14977654 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 12 2021 00:50:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14938258 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2021 01:59:00 | Comenity Bank/Peebles, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14938259 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 12 2021 01:59:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14938261 | + | Email/PDF: creditonebknotifications@resurgent.com | May 12 2021 00:47:18 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14938265 | | Email/Text: headwaybnc@enova.com | May 12 2021 01:59:00 | Headway Capital, LLC, 175 West Jaskson Blvd, Suite 1000, Chicago, IL 60604 |
| 14986338 | | Email/PDF: resurgentbknotifications@resurgent.com | May 12 2021 00:47:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14938266 | + | Email/Text: bk@lendingclub.com | May 12 2021 02:00:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14993874 | + | Email/Text: Documentfiling@lciinc.com | May 12 2021 01:59:00 | LendingClub Corporation, 595 Market St., Ste. 200, San Francisco, CA 94105-2807 |
| 14974887 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2021 00:47:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14938267 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2021 00:49:01 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po |

| District/off: 0315-1 | User: bsil | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | Box 9201, Old Bethpage, NY 11804-9001 |
| 14938268 | + Email/Text: angela.abreu@northwest.com | May 12 2021 01:59:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 14938269 | + Email/PDF: cbp@onemainfinancial.com | May 12 2021 00:49:02 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14974797 | + Email/PDF: resurgentbknotifications@resurgent.com | May 12 2021 00:47:20 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14955759 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2021 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14972917 | Email/Text: bnc-quantum@quantum3group.com | May 12 2021 01:59:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14938271 | + Email/PDF: gecsedi@recoverycorp.com | May 12 2021 00:50:49 | Synchrony Bank / Walmart, Attn Bankruptcy, PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for Wells Fargo Bank National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2006-HE1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com |
| John C. Melaragno, Trustee | on behalf of Trustee John C. Melaragno Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| John C. Melaragno, Trustee | johnm@mplegal.com jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| John Wesley Rowden | on behalf of Debtor Marvin Burnett Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com |

District/off: 0315-1 User: bsil Page 3 of 3
Date Rcvd: May 11, 2021 Form ID: pdf900 Total Noticed: 31

John Wesley Rowden
    on behalf of Joint Debtor Deborah Mae Burnett jwrowden@yahoo.com
    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7