IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 18-11110 TPA |
| MARVIN BURNETT SR. | : | |
| DEBORAH MAE BURNETT | : | CHAPTER NO. 7 |
| DEBTORS | : | |
| | : | DOCUMENT NO. __ |
| JOHN C. MELARAGNO, ESQUIRE | : | |
| MOVANT | : | |
| | : | |
| V. | : | RELATED DOCUMENT NO. 51, 52 & 54 |
| | : | |
| NO RESPONDENT. | : | |

**CERTIFICATE OF NO OBJECTION FOR APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES, TRUSTEE'S FINAL REPORT & PROPOSED DISTRIBUTION, AND APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION FOR ATTORNEY PRO SE**

The undersigned hereby certifies that, as of the date hereof, no objection or other responsive pleading to the "Trustee's Final Report & Proposed Distribution" filed on May 7, 2021, and "Trustee's Application for Trustee's Compensation and Expenses and Trustee's Application for Allowance of Final Compensation for Attorney Pro Se" filed on May 10, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no objection or other responsive pleading to the "Trustee's Application for Trustee's Compensation and Expenses, Trustee's Final Report & Proposed Distribution, and Trustee's Application for Allowance of Final Compensation for Attorney Pro Se" appears thereon. Pursuant to the Notice of Hearing, objections to the "Trustee's Application for Trustee's Compensation and Expenses, Trustee's Final Report & Proposed Distribution, and Trustee's Application for Allowance of Final Compensation for Attorney Pro Se" were to be filed and served no later than June 3, 2021.

It is hereby respectfully requested that the Orders attached to the "Trustee's Application for Trustee's Compensation and Expenses, Trustee's Final Report & Proposed Distribution, and Trustee's Application for Allowance of Final Compensation for Attorney Pro Se" be entered by the Court.

Respectfully submitted,

DATED: June 4, 2021         MELARAGNO, PLACIDI & PARINI

BY:    /s/ John C. Melaragno
John C. Melaragno, Trustee
PA I.D. # 80207
502 West Seventh Street
Erie, Pennsylvania 16502
(814) 459-5557
johnm@mplegal.com