FILED
6/7/21 12:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-11110-TPA |
| MARVIN BURNETT SR. | : | |
| DEBORAH MAE BURNETT | : | |
| DEBTORS | : | CHAPTER 7 |
| | : | |
| JOHN C. MELARAGNO, TRUSTEE | : | |
| APPLICANT | : | DOCUMENT NO. 52 |
| | : | |
| VS. | : | |
| | : | |
| NO RESPONDENTS | : | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this  7th  day of   June   , 2021, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $8,580.43 is reasonable compensation for the services rendered in this case by JOHN C. MELARAGNO, Trustee; that such sum does not exceed the limitations prescribed by §326 of the Bankruptcy Code; that $46.84 is reasonable for actual and necessary expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

By the Court,

_____
Honorable Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-11110-TPA

Marvin Burnett, Sr.     Chapter 7

Deborah Mae Burnett

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marvin Burnett, Sr., Deborah Mae Burnett, 1112 South Main St, Meadville, PA 16335-3130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for Wells Fargo Bank National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2006-HE1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com |
| John C. Melaragno, Trustee | on behalf of Trustee John C. Melaragno Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| John C. Melaragno, Trustee | johnm@mplegal.com jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@t |

| District/off: 0315-1 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    itlexi.com

John Wesley Rowden
    on behalf of Debtor Marvin Burnett  Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
    on behalf of Joint Debtor Deborah Mae Burnett jwrowden@yahoo.com
    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 7