FILED
6/7/21 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 18-11110-TPA |
| MARVIN BURNETT SR. | |
| DEBORAH MAE BURNETT | |
|     DEBTORS | CHAPTER 7 |
| | |
| JOHN C. MELARAGNO, TRUSTEE | |
|     APPLICANT | DOCUMENT NO. ___51___ |
| | |
| VS. | |
| | |
| NO RESPONDENTS | |

## ORDER OF DISTRIBUTION

AND NOW, this 7th day of June, 2021, the Trustee, JOHN C. MELARAGNO, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), Exhibit D of the Trustee's Final Report, estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all cancelled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_____
Honorable Thomas P. Agresti, Judge
United States Bankruptcy Court

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.:     18-11110-TPA
Case Name:   Marvin Burnett Sr.
Trustee Name: John C. Melaragno

**Balance on hand:** $ 31,200.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15 | Northwest Bank | 8,440.89 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 31,200.94

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John C. Melaragno | 8,580.43 | 0.00 | 8,580.43 |
| Trustee, Expenses - John C. Melaragno, Esquire | 46.84 | 0.00 | 46.84 |
| Attorney for Trustee, Fees - John C. Melaragno, Esquire | 935.50 | 0.00 | 935.50 |
| Attorney for Trustee, Expenses - John C. Melaragno, Esquire | 57.96 | 0.00 | 57.96 |

Total to be paid for chapter 7 administration expenses: $ 9,620.73
Remaining balance: $ 21,580.21

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 21,580.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $498.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pennsylvania Department of Revenue | 498.25 | 0.00 | 498.25 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for priority claims: | $ | 498.25 |
|  | Remaining balance: | $ | 21,081.96 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $32,518.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.830 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Quantum3 Group LLC | 1,802.45 | 0.00 | 1,168.53 |
| 3 | Quantum3 Group LLC | 954.48 | 0.00 | 618.79 |
| 4 | PYOD, LLC | 2,244.84 | 0.00 | 1,455.33 |
| 5 | MERRICK BANK | 900.78 | 0.00 | 583.98 |
| 6 | PYOD, LLC | 883.20 | 0.00 | 572.58 |
| 7 | MERRICK BANK | 602.51 | 0.00 | 390.61 |
| 8 | Capital One Bank (USA), N.A. | 1,713.74 | 0.00 | 1,111.02 |
| 9 | Capital One Bank (USA), N.A. | 637.31 | 0.00 | 413.17 |
| 10 | Capital One Bank (USA), N.A. | 3,868.02 | 0.00 | 2,507.64 |
| 11-2 | Northwest Bank | 10,021.51 | 0.00 | 6,496.94 |
| 12 | LVNV Funding, LLC | 2,225.47 | 0.00 | 1,442.77 |
| 13 | LendingClub Corporation | 323.11 | 0.00 | 209.47 |
| 14-2 | Northwest Bank | 6,341.39 | 0.00 | 4,111.13 |

|  |  |  |  |
|---|---|---|---|
|  | Total to be paid for timely general unsecured claims: | $ | 21,081.96 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $76.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Pennsylvania Department of Revenue | 76.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-11110-TPA |
| Marvin Burnett, Sr. | Chapter 7 |
| Deborah Mae Burnett | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: bsil | Page 1 of 2 |
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Marvin Burnett, Sr., Deborah Mae Burnett, 1112 South Main St, Meadville, PA 16335-3130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for Wells Fargo Bank National Association, not in its individual or banking capacity, but solely as Trustee on behalf of the Lake Country Mortgage Loan Trust 2006-HE1 bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bnicholas@kmllawgroup.com |
| John C. Melaragno, Trustee | on behalf of Trustee John C. Melaragno Trustee johnm@mplegal.com, jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@titlexi.com |
| John C. Melaragno, Trustee | johnm@mplegal.com jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com;ecf.alert+Melaragno@t |

| District/off: 0315-1 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    itlexi.com

John Wesley Rowden
    on behalf of Debtor Marvin Burnett  Sr. jwrowden@yahoo.com, elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

John Wesley Rowden
    on behalf of Joint Debtor Deborah Mae Burnett jwrowden@yahoo.com
    elizdugan@yahoo.com;rowdenjr77560@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 7