UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § | Case No. 18-11110-TPA |
| BURNETT SR., MARVIN | § | |
| BURNETT, DEBORAH MAE | § | CHAPTER 7 |
|     Debtors | § | |
| JOHN C. MELARAGNO, Trustee | § | DOCUMENT NO. |
|     Movant | § | |
| V | § | |
| NO RESPONDENT. | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    John C. Melaragno, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $61,810.00 *(without deducting any secured claims)* | Assets Exempt: $52,037.00 |
| Total Distribution to Claimants: $21,580.21 | Claims Discharged Without Payment: $37,921.20 |
| Total Expenses of Administration: $85,028.47 | |

    3) Total gross receipts of $142,908.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $36,300.00 (see **Exhibit 2**), yielded net receipts of $106,608.68 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 79,483.97 | 8,440.89 | 0.00 | 0.00 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 85,028.47 | 85,028.47 | 85,028.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 498.25 | 498.25 | 498.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,347.35 | 32,594.81 | 32,594.81 | 21,081.96 |
| **TOTAL DISBURSEMENTS** | **$119,831.32** | **$126,562.42** | **$118,121.53** | **$106,608.68** |

4) This case was originally filed under Chapter 7 on 10/26/2018. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2021                  By: /s/ John C. Melaragno
                                                        Trustee

**UST Form 101-7-TDR (10/1/2010)**

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Hip Replacement Miomet Metal Lawsuit. Marvin's attorney, Magio Christopher & Toale, mctlawyers.com. 888-952-5254. Defend | 1142-000 | 142,908.68 |
| TOTAL GROSS RECEIPTS | | $142,908.68 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Marvin Burnett | Debtor's Exemption per Order at Document No. 44 | 8100-002 | 36,300.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $36,300.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ditech | 4110-000 | 59,606.97 | 0.00 | 0.00 | 0.00 |
| 15 | Northwest Bank | 4210-000 | 9,176.00 | 8,440.89 | 0.00 | 0.00 |
| NOTFILED | Northwest Bank | 4210-000 | 6,641.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Wells Fargo Dealer Services | 4210-000 | 4,060.00 | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $79,483.97 | $8,440.89 | $0.00 | $0.00 |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John C. Melaragno | 2100-000 | N/A | 8,580.43 | 8,580.43 | 8,580.43 |
| John C. Melaragno, Esquire | 2200-000 | N/A | 46.84 | 46.84 | 46.84 |
| Maglio Christopher & Toale | 3210-000 | N/A | 28,181.73 | 28,181.73 | 28,181.73 |
| Nash & Franciskato | 3210-000 | N/A | 28,181.74 | 28,181.74 | 28,181.74 |
| Maglio Christopher & Toale | 3220-000 | N/A | 12,985.84 | 12,985.84 | 12,985.84 |
| Nash & Franciskato | 3220-000 | N/A | 6,020.04 | 6,020.04 | 6,020.04 |
| Signature Bank | 2600-000 | N/A | 38.39 | 38.39 | 38.39 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| John C. Melaragno, Esquire | 3110-000 | | N/A | 935.50 | 935.50 | 935.50 |
| John C. Melaragno, Esquire | 3120-000 | | N/A | 57.96 | 57.96 | 57.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | | **N/A** | **$85,028.47** | **$85,028.47** | **$85,028.47** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pennsylvania Department of Revenue | 5800-000 | 0.00 | 498.25 | 498.25 | 498.25 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$498.25** | **$498.25** | **$498.25** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Pennsylvania Department of Revenue | 7300-000 | 0.00 | 76.00 | 76.00 | 0.00 |
| 2 | Quantum3 Group LLC | 7100-000 | 1,802.00 | 1,802.45 | 1,802.45 | 1,168.53 |
| 3 | Quantum3 Group LLC | 7100-000 | 954.00 | 954.48 | 954.48 | 618.79 |
| 4 | PYOD, LLC | 7100-000 | 2,136.00 | 2,244.84 | 2,244.84 | 1,455.33 |
| 5 | MERRICK BANK | 7100-000 | 1,127.00 | 900.78 | 900.78 | 583.98 |
| 6 | PYOD, LLC | 7100-000 | 823.00 | 883.20 | 883.20 | 572.58 |
| 7 | MERRICK BANK | 7100-000 | 739.00 | 602.51 | 602.51 | 390.61 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | 1,632.00 | 1,713.74 | 1,713.74 | 1,111.02 |
| 9 | Capital One Bank (USA), N.A. | 7100-000 | 574.00 | 637.31 | 637.31 | 413.17 |
| 10 | Capital One Bank (USA), N.A. | 7100-000 | 3,753.00 | 3,868.02 | 3,868.02 | 2,507.64 |
| 11-2 | Northwest Bank | 7100-000 | 0.00 | 10,021.51 | 10,021.51 | 6,496.94 |
| 12 | LVNV Funding, LLC | 7100-000 | 0.00 | 2,225.47 | 2,225.47 | 1,442.77 |
| 13 | LendingClub Corporation | 7100-000 | 399.00 | 323.11 | 323.11 | 209.47 |
| 14-2 | Northwest Bank | 7100-000 | 0.00 | 6,341.39 | 6,341.39 | 4,111.13 |
| NOTFILED | CitiFinancial | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Commercial Acceptance Company | 7100-000 | 72.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 862.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 617.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Fnb Cons Disc Co | 7100-000 | 3,199.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Headway Capital, LLC | 7100-000 | 6,951.85 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Northwest Bank | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | OneMain Financial | 7100-000 | 8,571.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | OneMain Financial | 7100-000 | 5,533.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Synchrany Bank /QCard | 7100-000 | 309.99 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Synchrony Bank / Walmart | 7100-000 | 292.51 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$40,347.35** | **$32,594.81** | **$32,594.81** | **$21,081.96** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1     Exhibit 8
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES     Page: 1

| Case Number: | 18-11110 TPA | Trustee: | John C. Melaragno |
|---|---|---|---|
| Case Name: | Marvin Burnett Sr. | Filed (f) or Converted (c): | 10/26/18 (f) |
|  | Deborah Mae Burnett | §341(a) Meeting Date: | 12/21/18 |
| Period Ending: | 08/17/21 | Claims Bar Date: | 03/04/19 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1112 South Main St Meadville PA 16335-0000 Crawford County Entireties | 50,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2006 Chevrolet 300 Estimated Mileage: 140,000 Location: 1112 South Main St, Meadville PA 16335 | 4,693.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Cadilac STS Estimated Mileage: 140,000 Poor condition. Not drivable | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2010 GMC Arcadia In daughter's posession | 7,970.00 | 0.00 | | 0.00 | FA |
| 5 | Furniture, appliances, dishes, pots, pans, household tools, lawn equipment, etc Location: 1112 South Main St, Meadville PA 16335 | 1,700.00 | 0.00 | | 0.00 | FA |
| 6 | 3 TV's and DVD player Location: 1112 South Main St, Meadville PA 16335 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Books Location: 1112 South Main St, Meadville PA 16335 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Golf Clubs Location: 1112 South Main St, Meadville PA 16335 | 80.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing Location: 1112 South Main St, Meadville PA 16335 | 600.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding rings, chains, etc Location: 1112 South Main St, Meadville PA 16335 | 400.00 | 0.00 | | 0.00 | FA |
| 11 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Checking Joint account at PNC x0409 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Checking Business account at PNC x0683 | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | Mass Mutual, Amcast retirement account is payments of $284.00 per month | 284.00 | 0.00 | | 0.00 | FA |
| 15 | Hip Replacement Miomet Metal Lawsuit. Marvin's attorney, Magio Christopher & Toale, mctlawyers.com. 888-952-5254. Defendant offered $50,000, but medicare claim is $54,000.00 | Unknown | 17,700.00 | | 142,908.68 | FA |
| 16 | Accounts receivable from business | 2,500.00 | 0.00 | | 0.00 | FA |
| 17 | Desk, 3 computers and printers, fax, etc Location: 1112 South Main St, Meadville PA 16335 | 1,600.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

| Case Number: | 18-11110 TPA | Trustee: | John C. Melaragno |
|---|---|---|---|
| Case Name: | Marvin Burnett Sr. | Filed (f) or Converted (c): | 10/26/18 (f) |
| | Deborah Mae Burnett | §341(a) Meeting Date: | 12/21/18 |
| Period Ending: | 08/17/21 | Claims Bar Date: | 03/04/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | PNC Bank Standard Checking Acct. x6129 (u) | 0.00 | 62.92 | | 0.00 | FA |
| 19 | PNC Bank Performance Checking Acct. x8972 (u) | 0.00 | 49.18 | | 0.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$77,547.00** | **$17,812.10** | | **$142,908.68** | **$0.00** |

**Major activities affecting case closing:**

January 11, 2021 Review:
Waiting for settlement funds.  Claims have been reviewed.  Once the funds have been received case is ready for TFR.

September 28, 2020 Review:
The Trustee is awaiting the settlement payment which, per the terms of the approved settlement order will be in January of 2021.

June 22, 2020 Review:
A settlement has been reached on the Debtor's hip litigation.  The Motion to Approve Settlement has been filed with the Bankruptcy Court and is pending at this time.  The Settlement provides for payment in two installments, one in August of 2020 and on in January of 2021.

March 31, 2020 Review:
Special Counsel reports that the claim is pending, but no settlement has been reached.

1/8/2020
Spoke with Nancy, Special Counsel's Paralegal.  Hip case is going to mediation on 2/13/20 in Pittsburgh.  Medicare lien of more than $80,000 is a possible problem, but it appears there are many charges unrelated to hip case, so lien is being appealed.

1/3/2020 Review:
The hip litigation remains pending.

September  30, 2019 Review:
The hip litigation remains pending.  Special Counsel has estimated a conclusion of the claim in September of 2020.

June 30, 2019 Review:
The litigation remains pending.

April 29, 2019 Review:
Special Counsel has been employed and the Debtor's hip claim remains pending.

January 2, 2019 Review:
The Debtor has a pending hip claim and the Trustee intends to employ Special Counsel to continue to prosecute the claim.

**Initial Projected Date of Final Report (TFR):**  June 30, 2019         **Current Projected Date of Final Report (TFR):**  March 17, 2021 (Actual)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 3

| August 17, 2021 | /s/ John C. Melaragno |
|---|---|
| Date | John C. Melaragno |

Case 18-11110-TPA   Doc 65   Filed 09/02/21   Entered 09/02/21 13:32:20   Desc Main
Document      Page 10 of 12

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 1

| **Case Number:** | 18-11110 TPA | | **Trustee:** | John C. Melaragno |
|---|---|---|---|---|
| **Case Name:** | Marvin Burnett Sr. | | **Bank Name:** | Signature Bank |
| | Deborah Mae Burnett | | **Account:** | ******4109 - Checking |
| **Taxpayer ID#:** | **-***9205 | | **Blanket Bond:** | $9,932,890.00 (per case limit) |
| **Period Ending:** | 08/17/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/01/21 | | Nash & Franciskato, LLC | Net Settlement Payment per Court Order No. 44 | | 31,239.33 | | 31,239.33 |
| 02/01/21 | Asset #15 | | Gross Settlement per Order at Doc. No. 44   142,908.68 | 1142-000 | | | 31,239.33 |
| 02/01/21 | | Nash & Franciskato | Special Counsel Compensation per Order at Doc. No. 44   -28,181.74 | 3210-000 | | | 31,239.33 |
| 02/01/21 | | Maglio Christopher & Toale | Special Counsel Compensation per Order at Doc. No. 44   -28,181.73 | 3210-000 | | | 31,239.33 |
| 02/01/21 | | Maglio Christopher & Toale | Reimbursement of Special Counsel Expenses per Order at Doc. No. 44.   -12,985.84 | 3220-000 | | | 31,239.33 |
| 02/01/21 | | Marvin Burnett | Debtor's Exemption per Order at Document No. 44   -36,300.00 | 8100-002 | | | 31,239.33 |
| 02/01/21 | | Nash & Franciskato | Reimbursement of Expenses to Special Counsel per Order at Doc. 44.   -6,020.04 | 3220-000 | | | 31,239.33 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 38.39 | 31,200.94 |
| 06/23/21 | 1001 | John C. Melaragno | Dividend of 100.000000000%. | 2100-000 | | 8,580.43 | 22,620.51 |
| 06/23/21 | 1002 | John C. Melaragno, Esquire | Dividend of 100.000000000%. | 2200-000 | | 46.84 | 22,573.67 |
| 06/23/21 | 1003 | John C. Melaragno, Esquire | Dividend of 100.000000000%. | 3110-000 | | 935.50 | 21,638.17 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 18-11110 TPA | | Trustee: | John C. Melaragno |
| --- | --- | --- | --- | --- |
| Case Name: | Marvin Burnett Sr. | | Bank Name: | Signature Bank |
| | Deborah Mae Burnett | | Account: | ******4109 - Checking |
| Taxpayer ID#: | **-***9205 | | Blanket Bond: | $9,932,890.00 (per case limit) |
| Period Ending: | 08/17/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/23/21 | 1004 | John C. Melaragno, Esquire | Dividend of 100.000000000%. | 3120-000 | | 57.96 | 21,580.21 |
| 06/23/21 | 1005 | Pennsylvania Department of Revenue | Dividend of 100.000000000%, Claim No.1. | 5800-000 | | 498.25 | 21,081.96 |
| 06/23/21 | 1006 | Quantum3 Group LLC | Dividend of 64.830047594%, Claim No.2. | 7100-000 | | 1,168.53 | 19,913.43 |
| 06/23/21 | 1007 | Quantum3 Group LLC | Dividend of 64.830047594%, Claim No.3. | 7100-000 | | 618.79 | 19,294.64 |
| 06/23/21 | 1008 | PYOD, LLC | Dividend of 64.830047594%, Claim No.4. | 7100-000 | | 1,455.33 | 17,839.31 |
| 06/23/21 | 1009 | MERRICK BANK | Dividend of 64.830047594%, Claim No.5. | 7100-000 | | 583.98 | 17,255.33 |
| 06/23/21 | 1010 | PYOD, LLC | Dividend of 64.830047594%, Claim No.6. | 7100-000 | | 572.58 | 16,682.75 |
| 06/23/21 | 1011 | MERRICK BANK | Dividend of 64.830047594%, Claim No.7. | 7100-000 | | 390.61 | 16,292.14 |
| 06/23/21 | 1012 | Capital One Bank (USA), N.A. | Dividend of 64.830047594%, Claim No.8. | 7100-000 | | 1,111.02 | 15,181.12 |
| 06/23/21 | 1013 | Capital One Bank (USA), N.A. | Dividend of 64.830047594%, Claim No.9. | 7100-000 | | 413.17 | 14,767.95 |
| 06/23/21 | 1014 | Capital One Bank (USA), N.A. | Dividend of 64.830047594%, Claim No.10. | 7100-000 | | 2,507.64 | 12,260.31 |
| 06/23/21 | 1015 | Northwest Bank | Dividend of 64.830047594%, Claim No.11-2. | 7100-000 | | 6,496.94 | 5,763.37 |
| 06/23/21 | 1016 | LVNV Funding, LLC | Dividend of 64.830047594%, Claim No.12. | 7100-000 | | 1,442.77 | 4,320.60 |
| 06/23/21 | 1017 | LendingClub Corporation | Dividend of 64.830047594%, Claim No.13. | 7100-000 | | 209.47 | 4,111.13 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 3

| **Case Number:** | 18-11110 TPA | **Trustee:** | John C. Melaragno |
|---|---|---|---|
| **Case Name:** | Marvin Burnett Sr. | **Bank Name:** | Signature Bank |
| | Deborah Mae Burnett | **Account:** | ******4109 - Checking |
| **Taxpayer ID#:** | **-***9205 | **Blanket Bond:** | $9,932,890.00 (per case limit) |
| **Period Ending:** | 08/17/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/21 | 1018 | Northwest Bank | Dividend of 64.830047594%, Claim No.14-2. | 7100-000 | | 4,111.13 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 31,239.33 | 31,239.33 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 31,239.33 | 31,239.33 | |
| Less: Payment to Debtors | | 36,300.00 | |
| **NET Receipts / Disbursements** | **$31,239.33** | **$-5,060.67** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4109** | 31,239.33 | 31,239.33 | 0.00 |
| | $31,239.33 | $31,239.33 | $0.00 |